899 A.2d 293

IN THE MATTER OF AVROHOM BECKER, AN ATTORNEY
AT LAW (ATTORNEY NO. 003051988).

June 12, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–044, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **AVROHOM BECKER** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of three months based on discipline imposed in New York for conduct that reflects adversely on respondent's honesty, trustworthiness or fitness as a lawyer and that would constitute violation of *RPC* 8.4(c), (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having determined that the effective date of the suspension should be the date on which respondent's New York suspension from practice commenced;

And good cause appearing;

It is ORDERED that **AVROHOM BECKER** is suspended from the practice of law for a period of three months and until the further Order of the Court, retroactive to November 10, 2005; and it is further

ORDERED that **AVROHOM BECKER** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.